**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-1565-WJM-STV

SKRATCH LABS LLC, a Colorado limited
liability company,

      Plaintiff, Counterclaim Defendant,

         v.

DELIVERY NATIVE, INC., d/b/a Scratch
Kitchen, a Delaware Corporation,

      Defendant, Counterclaim Plaintiff.

---

**NOTICE OF OUTCOME OF SCHEDULED MEDIATION**

---

Pursuant to Section III.N. of Judge Martinez's Practice Standards, revised and effective December 1, 2021, Plaintiff Skratch Labs LLC ("Skratch Labs") and Defendant Delivery Native, Inc. ("Delivery Native") hereby notify the Court that they successfully mediated on February 8, 2022. The parties signed a memorandum of understanding reflecting the essential terms of a settlement, including mutual dismissals of the claims in this action, which are to be memorialized in a written settlement agreement and release. The parties are drafting that settlement agreement and expect to file requests for dismissal within 30 days and following the execution of that agreement.

///

///

///

///

1

Dated: February 14, 2022

s/ Michael Laszlo                              s/ Kimberly Culp
Jared B. Briant                                Eric Ball
Faegre Drinker Biddle & Reath LLP              eball@fenwick.com
1144 15th Street, Suite 3400                   Kimberly Culp
Denver, CO  80202                              kculp@fenwick.com
Phone: (303) 607-3500                          FENWICK & WEST LLP
jared.briant@faegredrinker.com                 801 California Street
                                               Mountain View, CA 94041
David R. Merritt                               Telephone:  650.988.8500
Faegre Drinker Biddle & Reath LLP
90 South Seventh Street                        Garner Kropp
2200 Wells Fargo Center                        gkropp@fenwick.com
Minneapolis, MN 55402                          Ethan M. Thomas
Phone:  (612) 766-7000                         ethomas@fenwick.com
david.merritt@faegredrinker.com                FENWICK & WEST LLP
                                               555 California Street, 12th Floor
Michael Laszlo                                 San Francisco, CA  94104
Theodore E. Laszlo, Jr.                        Telephone:  415.875.2300
LaszloLaw
2595 Canyon Blvd. Suite 210                    *Attorneys for Defendant and Counterclaim*
Boulder, CO 80302                              *Plaintiff Delivery Native, Inc.*
Phone: 303-926-0410
mlaszlo@laszlolaw.com
tlaszlo@laszlolaw.com

*Attorneys for Plaintiff and Counterclaim*
*Defendant Skratch Labs LLC*

2