IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1565-WJM-STV

SKRATCH LABS LLC,

    Plaintiff and Counterclaim Defendant,

v.

DELIVERY NATIVE, INC., d/b/a "Scratch Kitchen," a Delaware Corporation,

    Defendant and Counterclaim Plaintiff.

**STIPULATION FOR DISMISSALS**

///

///

///

///

///

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff-counterclaim defendant Skratch Labs LLC and defendant-counterclaim plaintiff Delivery Native, Inc. hereby jointly stipulate to the dismissals, with prejudice, of all Skratch Labs LLC's claims and Delivery Native, Inc.'s counterclaims in this matter, with each party to bear its own attorneys' fees and costs.

Dated: March 15, 2022

| | |
|---|---|
| s/ Michael Laszlo | s/Eric Ball |
| Jared B. Briant | Eric Ball |
| Faegre Drinker Biddle & Reath LLP | eball@fenwick.com |
| 1144 15th Street, Suite 3400 | Kimberly Culp |
| Denver, CO 80202 | kculp@fenwick.com |
| Phone: (303) 607-3500 | FENWICK & WEST LLP |
| jared.briant@faegredrinker.com | 801 California Street |
| | Mountain View, CA 94041 |
| David R. Merritt | Telephone: 650.988.8500 |
| Faegre Drinker Biddle & Reath LLP | |
| 90 South Seventh Street | Garner Kropp |
| 2200 Wells Fargo Center | gkropp@fenwick.com |
| Minneapolis, MN 55402 | Ethan M. Thomas |
| Phone: (612) 766-7000 | ethomas@fenwick.com |
| david.merritt@faegredrinker.com | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| Michael Laszlo | San Francisco, CA 94104 |
| Theodore E. Laszlo, Jr. | Telephone: 415.875.2300 |
| LaszloLaw | |
| 2595 Canyon Blvd. Suite 210 | *Attorneys for Defendant and Counterclaim Plaintiff Delivery Native, Inc.* |
| Boulder, CO 80302 | |
| Phone: 303-926-0410 | |
| mlaszlo@laszlolaw.com | |
| tlaszlo@laszlolaw.com | |
| | |
| *Attorneys for Plaintiff and Counterclaim Defendant Skratch Labs LLC* | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of March, 2022, the foregoing **STIPULATION FOR DISMISSALS** was electronically filed with the Court via CM/ECF, which will send automatic notification to all counsel of record.

*s/Garner Kropp*
Garner Kropp